7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Gregory Wayne Reese
*Debtor*

*Bankruptcy Case No.*
15−60441−abf7

**World's Foremost Bank**
   Plaintiff(s)

*Adversary Case No.*
15−06033−abf

v.

**Gregory Wayne Reese**
   Defendant(s)

# JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Final judgment is hereby entered ordering the sum of $3,300.00 to be nondischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Defendant/Debtor, Gregory Wayne Reese, and in favor of Plaintiff, Worlds Foremost Bank.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
       Deputy Clerk



Date of issuance: 10/20/15

Court to serve